IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. C-16-819 MMC |
| Plaintiff, | **ORDER RE: CHAMBERS COPIES** |
| v. | |
| SARWAT "STEWART" FAHMY, et al., | |
| Defendants. | |

On February 26, 2016, the above-titled action was reassigned to the undersigned.

As to all documents filed hereafter in the instant case, the parties are hereby DIRECTED to submit chambers copies in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: March 2, 2016

MAXINE M. CHESNEY
United States District Judge