IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SARWAT "STEWART" FAHMY, et al.,<br><br>    Defendants. | Case No. 16-cv-00819-MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

    Before the Court is defendants Sarwat "Stewart" Fahmy and Fahmy Law Group's Motion to Dismiss, filed March 22, 2016, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff Arch Insurance Company has filed opposition, to which defendants have replied. The matter came on regularly for hearing on today's date. David A. Tartaglio of Musick, Peeler, & Garrett LLP appeared on behalf of plaintiff. Alan L. Martini of Sheuerman, Martini, Tabari, Zenere, & Garvin appeared on behalf of defendants.

    The Court having considered the parties' respective written submissions and the arguments of counsel, and for the reasons stated by the Court on the record at the hearing, the Motion to Dismiss is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: May 6, 2016

                                               MAXINE M. CHESNEY<br>                                               United States District Judge